UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 13-22857-CIV-GRAHAM

IN RE:
APPLICATION OF Victor Mikhaylovich
Pinchuk Pursuant to 28 U.S.C. § 1782
For Judicial Assistance in this
District
_____/

## ORDER OF MAGISTRATE REASSIGNMENT

In accordance with Administrative Order No. 2013-63, the Court has determined that this case should be reassigned to United States Magistrate Judge Andrea M. Simonton.  Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of the Court shall make such reassignment.  It is further

**ORDERED AND ADJUDGED** that all orders of reference entered in this case remain in full force and effect except that hereafter Magistrate Judge Andrea M. Simonton shall be responsible for acting pursuant to such orders.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of May, 2014.

```
                                    s/Donald L. Graham
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE
```

cc:  U.S. Magistrate Judge Simonton
     U.S. Magistrate Judge Goodman
     All Counsel of Record